1  Brian C. Shapiro
   Attorney at Law: 192789
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com

5  Attorneys for Plaintiff
   Toribio Valdez Ortiz
6

7
                **UNITED STATES DISTRICT COURT**
8
                **CENTRAL DISTRICT OF CALIFORNIA**
9

10 | TORIBIO VALDEZ ORTIZ,            )  Case No.: 2:13-cv-09259-AS
                                     )
11 |                                  )  {PROPOSED} ORDER AWARDING
           Plaintiff,                 )  EQUAL ACCESS TO JUSTICE ACT
12 |                                  )  ATTORNEY FEES AND EXPENSES
         vs.                          )  PURSUANT TO 28 U.S.C. § 2412(d)
13 | CAROLYN W. COLVIN, Acting        )
     Commissioner of Social Security, )
14 |                                  )
                                     )
15 |      Defendant                   )
                                     )
16

17
        Based upon the parties' Stipulation for the Award and Payment of Equal
18
   Access to Justice Act Fees, Costs, and Expenses:
19
        IT IS ORDERED that fees and expenses in the amount of $4,150 as
20
   authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.
21

22 DATE: August 10, 2015

23
                         _____/ s /_____
24                       THE HONORABLE ALKA SAGAR
                         UNITED STATES MAGISTRATE JUDGE
25

26

-1-